# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1014

Olin Corporation

Petitioner

v.

United States Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency

Respondents

------

No: 25-1132

American Chemistry Council and Georgia Chemistry Council

Petitioners

v.

United States Environmental Protection Agency

Respondent

------

No: 25-1137

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC

Petitioner

v.

United States Environmental Protection Agency

Respondent

------

No: 25-1138

United Automobile, Aerospace & Agricultural Implement Workers

Petitioner

v.

United States Environmental Protection Agency

Respondent

No: 25-1139

Ohio Environmental Council and Louisiana Environmental Action Network

Petitioners

v.

United States Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency

Respondents

No: 25-1140

Ohio Chemistry Technology Council

Petitioner

v.

United States Environmental Protection Agency

Respondent

No: 25-1175

Sierra Club

Petitioner

v.

United States Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency

Respondents

No: 25-1266

Texas Chemistry Council, Incorporated

Petitioner

v.

United States Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency

Respondents

---

Petition for Review of an Order of the Environmental Protection Administration
(89 Fed. Reg. 103512)

---

**ORDER**

These consolidated cases are hereby removed from abeyance. The parties shall submit an amended Joint Proposed Briefing Schedule on or before September 12, 2025.

September 04, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Susan E. Bindler