# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 23, 2026

Rachel Dorothy Martinez
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division, Environmental Enforcement Section
Ben Franklin Station
P.O. Box 7611
Washington, DC  20044-7611

      RE: 25-1014  Olin Corporation v. EPA, et al
            25-1132  American Chemistry Council, et al v. EPA
            25-1137  United Steel, Paper & Forestry v. EPA
            25-1138  UAW v. EPA
            25-1139  Ohio Environmental Council, et al v. EPA, et al
            25-1140  OCTC v. EPA
            25-1175  Sierra Club v. EPA, et al
            25-1266  Texas Chemistry Council v. EPA, et al

Dear Counsel:

      The status report due on January 20, 2026, has been filed pursuant to this Court's Order of October 20, 2025.  Please file with this office a status report regarding developments in the case by April 20, 2026.

                                                      Susan E. Bindler
                                                      Clerk of Court

NDG

cc:     Samuel B. Ballingrud
        Victoria Louise Bor
        Keith Bradley
        Dimple Chaudhary
        David Y. Chung
        Merrick B. Garland
        Dorothy H. Jaffe
        Jonathan Kalmuss-Katz
        Robert J. Karl
        Todd Kim
        Warren Lehrenbaum
        James R. McHenry III

Kayla Marie Mendez
W. Caffey Norman
Jeffrey Prieto
Randy S. Rabinowitz
David Arthur Terry

District Court/Agency Case Number(s): 89 Fed. Reg. 103512